IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:19CR275 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| | ) | |
| v. | ) | |
| | ) | |
| BERNARD HASLEY, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, David M. Toepfer, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that BERNAD HASLEY is now confined in the Mahoning County Jail, Youngstown, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and pursuant to said charge is to appear for Arraignment on October 29, 2019, at 9:00 a.m. before the Honorable Magistrate Judge George J. Limbert in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Youngstown, Ohio or their designee, and/or ATF and/or the Ohio Department of Rehabilitation

and Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, he be returned to said custodian under safe and secure conduct.

    Respectfully submitted,

    BRIDGET M. BRENNAN
    First Assistant United States Attorney

By:   /s/ David M. Toepfer
    David M. Toepfer (OH: 0068008)
    Assistant United States Attorney
    100 E. Federal Street, City Centre One;
    Suite 325
    Youngstown, OH 44503
    (330) 740-6986
    (330) 746-0239 (facsimile)
    David.Toepfer@usdoj.gov

I, David M. Toepfer, do declare under penalty of perjury that the foregoing is true and correct.

    s/ David M. Toepfer
    David M. Toepfer
    Assistant United States Attorney

Executed on 10/18/2019.